UNITED STATES, Appellee

v

SAMUEL M. STEPTER, Private,
U. S. Army, Appellant

17 USCMA 549, 38 CMR 347

No. 20,920

May 17, 1968

*Colonel Daniel T. Ghent, Major David J. Passamaneck,* and *Captain Kenneth J. Stuart* were on the pleadings for Appellant, Accused.

*Lieutenant Colonel David Rarick, Major Edwin P. Wasinger,* and *Captain Robert T. Mitchell, Jr.,* were on the pleadings for Appellee, United States.

### Opinion of the Court

FERGUSON, Judge:

In this case, as in United States v Parker, 17 USCMA 545, 38 CMR 343, this day decided, it is urged that a specification of robbery, in violation of Uniform Code of Military Justice, Article 122, 10 USC § 922, and one of attempted robbery, in violation of Code, supra, Article 80, 10 USC § 880, are multiplicious, as they set forth offenses occurring at the same time and place, albeit involving different victims. On the basis of our decision in *Parker*, supra, we hold the offenses separately punishable.

The decision of the board of review is affirmed.

Chief Judge QUINN and Judge KILDAY concur.